LEP/AS: USAO#2019R00495
cjr:11-10-2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. SAG-20-0389 |
| v. | * | (Hobbs Act Robbery, 18 U.S.C. § 1951(a); Aiding and Abetting, 18 U.S.C. § 2) |
| NATHAN STEVEN WILSON, | * | |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE
(Hobbs Act Robbery)

The Grand Jury for the District of Maryland charges that:

1. At all times material to this Indictment, Baltimore Sedan Services, Inc. engaged in interstate and foreign commerce.

2. On or about August 25, 2019, in the District of Maryland, the defendant,

**NATHAN STEVEN WILSON**

did knowingly obstruct, delay and affect commerce, and attempt to obstruct delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully did take and obtain property from the person and in the presence of a driver for Baltimore Sedan Services, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the individual's person by threatening serious physical injury and death.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT TWO
### (Hobbs Act Robbery)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On or about August 31, 2019, in the District of Maryland, the defendant,

## NATHAN STEVEN WILSON

did knowingly obstruct, delay and affect commerce, and attempt to obstruct delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully did take and obtain property from the person and in the presence of a driver for Baltimore Sedan Services, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the individual's person by threatening serious physical injury and death.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT THREE
### ((Hobbs Act Robbery)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of paragraph 1 of Count One are incorporated here.

2. On or about October 17, 2019, in the District of Maryland, the defendant,

### NATHAN STEVEN WILSON

did knowingly obstruct, delay and affect commerce, and attempt to obstruct delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully did take and obtain property from the person and in the presence of a driver for Baltimore Sedan Services, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the individual's person by threatening serious physical injury and death.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

*Robert K. Hur/LP*
_____
Robert K. Hur
United States Attorney

A TRUE BILL

Foreperson

Date: 11/12/2020

3